## HARTFORD CASUALTY INSURANCE COMPANY ET AL. *v.* LITCHFIELD MUTUAL FIRE INSURANCE COMPANY

The plaintiffs' cross petition for certification for appeal from the Appellate Court, 80 Conn. App. 364 (AC 23896), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant had no duty to defend the insured Mitch Wylie?"

The Supreme Court docket number is SC 17147.

*Philip F. von Kuhn,* in support of the cross petition.

Decided March 16, 2004

## STATE OF CONNECTICUT *v.* JOHN GLASPER

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 367 (AC 23214), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided March 16, 2004

## STATE OF CONNECTICUT *v.* PAUL CRUDUP

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 248 (AC 23263), is denied.